UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RHINO BUSINESS SYSTEMS, INC., a California Corporation,<br><br>Defendant. | No.  2:16-cv-00029-KJM-CMK<br><br>ORDER |

On March 25, 2016, the court held a hearing on plaintiff General Electric Capital Corporation's (GE Capital) Motion for Right to Attach Order and Writ of Attachment (Motion). At the hearing counsel for GE Capital argued that case law supports his argument that pointing to a specific stream of cash flow — "all proceeds from the sale of Rhino Business Systems, Inc.'s assets to Ray Morgan RMC, Inc." — is "reasonably adequate to permit the defendant to identify the property sought to be attached" under California Code of Civil Procedure section 484.020(e). Counsel did not provide citations to the cases on which he relies.

Accordingly, IT IS HEREBY ORDERED that GE Capital provide supplemental case law to support its motion, and specifically the argument that its description of the property to

1

1  be attached is "reasonably adequate," within seven (7) days of this order.  The supplemental filing
2  shall identify cases only, by name and citation, without additional briefing or argument.
3  DATED: April 4, 2016.

UNITED STATES DISTRICT JUDGE