Jonathan R. Doolittle (SBN 290638)
Email: jdoolittle@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorney for General Electric Capital
Corporation, a Delaware Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RHINO BUSINESS SYSTEMS, INC. a California corporation,<br><br>Defendant. | No.: 2:16-cv-00029-KJM-CMK<br><br>**SUPPLEMENTAL CASE LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR RIGHT TO ATTACH ORDER AND WRIT OF ATTACHMENT**<br><br>Honorable Kimberly J. Mueller<br><br>Complaint. Filed: January 5, 2016<br>Trial Date: None |

## I. INTRODUCTION

On March 25, 2016, the court held a hearing on Plaintiff General Electric Capital Corporation's ("GE Capital") Motion for Right to Attach Order and Writ of Attachment.  At the hearing, Plaintiff argued that case law supports its argument that pointing to a specific stream of cash flow – "all proceeds from the sale of Rhino Business Systems, Inc's assets to Ray Morgan RMC, Inc." – is "reasonably adequate to permit the defendant to identify the property sought to be attached" under California Code of Civil Procedure section 484.020(e).

On April 4, 2016, the court ordered that GE Capital provide supplemental case law to support its motion, and specifically the argument that its description of the property to be attached is

"reasonably adequate," within seven (7) days of the order. The supplemental filing shall identify cases only, by name and citation, without additional briefing or argument.

## II. SUPPLEMENTAL CASE LAW

1. *The Rutter Group, Cal.* Prac. *Guide Civ. Pro. Before Trial*, Ch. 9(II)-D, Section (8)(b)(9)(a)[9:909].
2. CCP § 484.020(e).
3. CCP § 487.010(a).
4. *Bank of America v. Salinas Nissan, Inc.*, 207 Cal.App.3d 260, 268, 254 Cal.Rptr. 748 (1989).[1]

## III. CONCLUSION

Plaintiff respectfully requests that its motion for right to attach order and writ of attachment be granted.

Dated: April 8, 2016              REED SMITH LLP

                                  By /s/ Jonathan R. Doolittle
                                     Jonathan R. Doolittle
                                     Attorney for Plaintiff
                                     General Electric Capital Corporation

---

[1] There are at least two unreported cases in Westlaw which follow the holding of *Salinas*, but which cannot be cited under Cal. Rules of Court 8.1115.