UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL ELECTRIC CAPITAL CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>RHINO BUSINESS SYSTEMS, INC., a California Corporation,<br><br>Defendant. | No. 2:16-cv-00029-KJM-CMK<br><br><br>ORDER |

    On March 30, 2016, plaintiff General Electric Capital Corporation filed a request for entry of default against defendant Rhino Business Systems, Inc. ("Rhino"), and on the same day, the Clerk's Office entered default. *See* ECF Nos. 15 & 16. In a status report filed on July 11, 2016, plaintiff represented to the court that it may amend the complaint to add additional parties. ECF No. 26.

    On July 12, 2016, the court ordered plaintiff, no later than August 12, 2016, to either amend the complaint to name additional parties or apply for a default judgment against defendant Rhino. Minute Order, July 12, 2016, ECF No. 27. That deadline has passed and plaintiff has taken neither action. Plaintiff is ORDERED to show cause within fourteen days why this action should not be dismissed for failure to prosecute. Alternatively, this order to show

cause shall be discharged if, within fourteen days, plaintiff amends the complaint to name additional parties or files a motion for default judgment before the assigned magistrate judge, or does both.

IT IS SO ORDERED.

DATED: August 22, 2016

_____
UNITED STATES DISTRICT JUDGE