UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| General Electric Capital Corporation, <br><br> Plaintiff, <br><br> v. <br><br> Rhino Business Systems, Inc., <br><br> Defendant. | Case No. 2:16-cv-00029 KJM CMK <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in favor of General Electric Capital Corporation and against Rhino Business Systems, Inc.:

Plaintiff General Electric Capital Corporation is awarded judgment by default in the amount of $431,674.22, inclusive of fees and costs.

August 04, 2017                                                         MARIANNE MATHERLY, CLERK

                                                                                                        By: /s/ G. Michel, Deputy Clerk